O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO GUTIERREZ, | Case No. CV 10-04428 DDP (CWx) |
| Plaintiff, | **ORDER RE: COUNTERCLAIMS AND INTERPRETER** |
| v. | |
| PHILLIP SOLANO, COUNTY OF LOS ANGELES, RUSSELL VERDUZCO, MAYELA GUTIERREZ GIL, | |
| Defendants. | |

On April 7, 2011, Defendant Mayela Gutierrez Gil filed her First Amended Counterclaims against Plaintiff Alberto Gutierrez. Defendant Gil alleges state law claims for: 1) assault and emotional distress; 2) battery and emotional distress; and 3) domestic abuse, in violation of California Civil Code § 1708.6.

Trial in this action is scheduled to start on Tuesday, July 24, 2012. As of the date of this Order, Defendant Gil has not submitted any jury instructions for these counterclaims. Prior to Monday, July 23, 2012, all parties, including Defendant Gil, must submit proposed jury instructions for all of their claims or

counterclaims.  Failure to do so will result in the dismissal of those claims or counterclaims.

The court further notes that, in civil proceedings not initiated by the government, "[i]nterpreter services . . . are the responsibility of the parties to the action."  5 Guide to Judiciary Policy § 260 (2011).  Accordingly, all parties here must provide their own interpreters, if needed.

IT IS SO ORDERED.

Dated: July 16, 2012

DEAN D. PREGERSON
United States District Judge