O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERTO GUTIERREZ, | ) | Case No. CV 10-04428 DDP (CWx) |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING COUNTERCLAIMS** |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP SOLANO, COUNTY OF LOS ANGELES, RUSSELL VERDUZCO, MAYELA GUTIERREZ GIL, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    On July 20, 2012, the court issued an Order requiring all parties, including Defendant Mayela Gutierrez Gil, to submit proposed jury instructions for all of their claims or counterclaims by Monday, July 23, 2012.  The court expressly stated that the failure of a party to file jury instructions by that date would result in the dismissal of that party's claims or counterclaims.

///

///

///

1  As of the date of this Order, Defendant Gil has not submitted any
2  jury instructions for her counterclaims.  The court therefore
3  dismisses these counterclaims.
4
5  IT IS SO ORDERED.
6
7
8  Dated: July 26, 2012
                                    DEAN D. PREGERSON
9                                   United States District Judge