
```
 1
 2
 3                                                              O
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  ALBERTO GUTIERREZ,           )  Case No. CV 10-04428 DDP (CWx)
                                 )
12              Plaintiff,       )  ORDER DISMISSING COUNTERCLAIMS
                                 )
13       v.                      )
                                 )
14  PHILLIP SOLANO, COUNTY OF    )
    LOS ANGELES, RUSSELL         )
15  VERDUZCO, MAYELA GUTIERREZ   )
    GIL,                         )
16                               )
                Defendants.      )
17                               )
    _____  )
18
```

19     On July 20, 2012, the court issued an Order requiring all
20 parties, including Defendant Mayela Gutierrez Gil, to submit
21 proposed jury instructions for all of their claims or counterclaims
22 by Monday, July 23, 2012.  The court expressly stated that the
23 failure of a party to file jury instructions by that date would
24 result in the dismissal of that party's claims or counterclaims.
25 ///
26 ///
27 ///
28

As of the date of this Order, Defendant Gil has not submitted any jury instructions for her counterclaims.  The court therefore dismisses these counterclaims.

IT IS SO ORDERED.


Dated: July 26, 2012

DEAN D. PREGERSON
United States District Judge

2